FORM TO BE USED BY A PRISONER IN FILING A CIVIL RIGHTS COMPLAINT

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

(1) Arich Greene    093509
(Name of Plaintiff)    (Inmate Number)

501 Mall Rd Harrisburg PA 17101
(Address)

(2) _____
(Name of Plaintiff)    (Inmate Number)

_____
(Case Number)

_____
(Address)

(Each named party must be numbered,
and all names must be printed or typed)

vs.

CIVIL COMPLAINT

(1) Dauphin County Prison

(2) GTL

FILED
HARRISBURG, PA

MAY 29 2025

PER ___IBL___
DEPUTY CLERK

(3) _____
(Names of Defendants)

(Each named party must be numbered,
and all names must be printed or typed)

TO BE FILED UNDER: _____ 42 U.S.C. § 1983 - STATE OFFICIALS

__X__ 28 U.S.C. § 1331 - FEDERAL OFFICIALS

I.   PREVIOUS LAWSUITS

   A.   If you have filed any other lawsuits in federal court while a prisoner, please list the caption and case number including year, as well as the name of the judicial officer to whom it was assigned:

   _____

   _____

   _____

   _____

1

## II. EXHAUSTION OF ADMINISTRATIVE REMEDIES

In order to proceed in federal court, you must fully exhaust any available administrative remedies as to each ground on which you request action.

A. Is there a prisoner grievance procedure available at your present institution? _X_ Yes ___ No

B. Have you fully exhausted your available administrative remedies regarding each of your present claims? _X_ Yes ___ No

C. If your answer to "B" is Yes:

   1. What steps did you take? I wrote a grievance & several request slips

   2. What was the result? I never received a response

D. If your answer to "B" is No, explain why not: _____

## III. DEFENDANTS

(1) Name of first defendant: Dauphin County Prison
    Employed as Dauphin County Prison at DCP
    Mailing address: 501 Mall Rd Harrisburg PA 17101
(2) Name of second defendant: Global Telink
    Employed as GTL at DCP
    Mailing address: 501 Mall Rd Harrisburg PA 17101
(3) Name of third defendant: _____
    Employed as _____ at _____
    Mailing address: _____

(List any additional defendants, their employment, and addresses on extra sheets if necessary)

## IV. STATEMENT OF CLAIM

(State here as briefly as possible the facts of your case. Describe how each defendant is involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. Attach no more than three extra sheets if necessary.)

1. I'm housed at Dauphin County Prison I was issued a GTL Tablet which went missing I was promised a replacement which I never received as a result I have no access to law library, religious materials, & I can't receive mail

2

library, religous materials, & I can't receive mail

2. _____

3. _____

## V. RELIEF

(State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.)

1. I would like to be paid for my pain & suffering & receive a new tablet

2. _____

3. _____

3

I declare under penalty of perjury that the foregoing is true and correct.

Signed this __19th__ day of __May_____, 20__25__.

_____
(Signature of Plaintiff)

NAME: Arieh Greene
D.C.P. # 093509
DAUPHIN COUNTY PRISON
501 MALL ROAD
HARRISBURG, PA 17111-1299

HARRISBURG PA 171
22 MAY 2025 PM

US POSTAGE IMI PITNEY BOWES
ZIP 17111
02 7H
0006226490
$ 000.69⁰
MAY 22 2025

RECEIVED
HARRISBURG, PA
MAY 29 2025
PER  IBR
DEPUTY CLERK

US Middle District Court
228 Walnut St
Harrisburg PA 17101

17101-171499